STATE OF NEW JERSEY v. ROBERT J. DELVECCHIO.

March 30, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD SANTORO.

March 30, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. BOB DAVID PRUITT.

March 30, 1982.

Petition for certification denied.

ANDREW B. CALLEN AND DICKSIE H. CALLEN v.
SHERMAN'S INC.

March 30, 1982.

Petition for certification granted.   (See 182 *N.J.Super.* 438)